UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SCHLOME FRUCHTER,                          :
                          Plaintiff,        :
                                            :
v.                                          :      **ORDER OF PARTIAL**
                                            :      **DISMISSAL**
EXPERIAN INFORMATION SOLUTIONS,            :
INC.; TRANS UNION, LLC; and FIFTH          :      19 CV 11719 (VB)
THIRD BANK, as successor by merger to MB   :
Financial Bank,                             :
                          Defendants.       :
------------------------------------------------------------x

The Court has been advised plaintiff and defendant Experian Information Solutions, Inc.

"Experian") have reach an agreement in principle to settle this case as between them.

Accordingly, it is hereby ORDERED that this action is dismissed as to defendant Experian, and

without prejudice to the right to restore the action as to defendant Experian, provided the

application to restore the action is made no later than July 27, 2020.  To be clear, any application

to restore the action as to defendant Experian must be filed by July 27, 2020, and any application

to restore the action filed thereafter may be denied solely on the basis that it is untimely.

All scheduled conferences or other scheduled court appearances are cancelled as to

defendant Experian only.

The Clerk is instructed to terminate defendant Experian Information Solutions, Inc. from

this action.

Dated: June 26, 2020
          White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge