UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
SCHLOME FRUCHTER,
             Plaintiff,

v.

TRANS UNION, LLC; and FIFTH THIRD
BANK, as successor by merger to MB Financial
Bank,
             Defendants.
--------------------------------------------------------------x

**ORDER OF PARTIAL DISMISSAL**

19 CV 11719 (VB)

      The Court has been advised plaintiff and defendant Fifth Third Bank, as successor by merger to MB Financial Bank ("Fifth Third"), have reach an agreement in principle to settle this case as between them.  Accordingly, it is hereby ORDERED that this action is dismissed as to defendant Fifth Third, and without prejudice to the right to restore the action as to defendant Fifth Third, provided the application to restore the action is made no later than October 1, 2020. To be clear, any application to restore the action as to defendant Fifth Third must be filed by October 1, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances are cancelled as to defendant Fifth Third only.

      The Clerk is instructed to terminate defendant Fifth Third Bank, as successor by merger to MB Financial Bank, from this action.

Dated: September 1, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge